FILED

AUG 2 3 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | |
| LILLIAN SANDERS, | ) | **4:17CR384 RLW/DDN** |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

On or about August 2, 2017, in the Eastern District of Missouri and elsewhere, the

defendant,

**LILLIAN SANDERS,**

travelled from the State of Missouri to the State of Illinois with the intent to violate an order of

protection issued by the 20th Judicial Circuit of Illinois, St. Clair County which order prohibited

Defendant from, among other things, contacting or threatening T.C. and, in the course of said

travel did violate the same by traveling to the home of T.C. and throwing an object through a

window of said home.

In violation of Title 18, United States Code Section 2262.

A TRUE BILL

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
Thomas C. Albus, #46224MO
Assistant United States Attorney